# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : : : | |
| v. | : : | **CRIMINAL ACTION** No. 22-292 |
| **STEVEN JACOBS** | : : : | |

## ORDER

This 9th day of November, 2022, Defendant having filed a notice of removal, ECF 2, it is hereby **ORDERED** that this action is **REMANDED** forthwith to the Philadelphia County Court of Common Pleas.

          /s/ Gerald Austin McHugh
          United States District Judge